Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 18–21260–MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Craig A. Butts
  28 Beechwood Road
  Belvidere, NJ 07823

Social Security No.:
  xxx–xx–8741

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/14/18
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 5, 2018
JAN: gan

> Jeanne Naughton
> Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21260-MBK
Craig A. Butts                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 05, 2018
                              Form ID: 132             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
```
db              +Craig A. Butts,    28 Beechwood Road,    Belvidere, NJ 07823-2534
517571188       +CMRE Financial Services, Inc,    3075 E. Imperial Hwy, #200,    Brea, CA 92821-6753
517571191       +Hackettstown Medical PCP,    c/o I.C. System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517571192       +Hunterdon Medical Center,    2100 Wescott Drive,    Flemington, NJ 08822-4604
517571195       +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517571196       +Pegasus Emergency Group,    3075 E. Imperial Hwy, STe 200,    Brea, CA 92821-6753
517571197       +Pentagon  FCU,    481 Main Street,    Highland Falls, NY 10928-2016
517571198       +Promed Pathology, LLC,    PO Box 743,    Hackettstown, NJ 07840-0743
517571200       +Vital Recovery Services, LLC,    PO Box 923747,    Norcross, GA 30010-3747
517571201       +Washington Emergency Services,    PO Box 207,    Allentown, PA 18105-0207
517571202        Wells Fargo Bank,    P.O Box 941911,    Houston, TX 77094-8911
517571203       +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517571186        E-mail/Text: ally@ebn.phinsolutions.com Jun 05 2018 23:13:59      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517571187       +E-mail/Text: bankruptcy@certifiedcollection.com Jun 05 2018 23:14:33
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517571189        E-mail/Text: mrdiscen@discover.com Jun 05 2018 23:14:02      Discover Card,    PO Box 15251,
                 Wilmington, DE 19886-5251
517571190       +E-mail/Text: fggbanko@fgny.com Jun 05 2018 23:14:04      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
517571193       +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Jun 05 2018 23:15:29
                 Hunterdon Radiology/Imaging Associates,    PO Box 5388,    Clinton, NJ 08809-0388
517571194       +E-mail/Text: bankruptcy@huntington.com Jun 05 2018 23:14:40      Huntington Mortgage,
                 PO Box 182440,    Columbus, OH 43218-2440
517571199        E-mail/Text: jennifer.chacon@spservicing.com Jun 05 2018 23:15:38
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517571204      ##Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,    PO Box 1024,
                 Mountainside, NJ 07092-0024
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Joan Sirkis Warren    on behalf of Debtor Craig A. Butts joan@joanlaverylaw.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3