Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−21260−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig A. Butts
   28 Beechwood Road
   Belvidere, NJ 07823

Social Security No.:
   xxx−xx−8741

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 1, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 34 − 26
Order Granting Notice of Request for Loss Mitigation(Related Doc # 26). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/28/2019. (wir)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 1, 2019
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21260-MBK
Craig A. Butts                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 01, 2019
                              Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
db             +Craig A. Butts,    28 Beechwood Road,    Belvidere, NJ 07823-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm             +E-mail/Text: jennifer.chacon@spservicing.com Mar 02 2019 00:33:04
                Select Portfolio Servicing Center,   PO Box 65450,   Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, on behalf of
               the registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC2, Asset-Backed
               Certificates, Series 2007-AC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Select Portfolio Servicing Center
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Craig A. Butts joan@joanlaverylaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, National Association, on behalf
               of the registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC2, Asset-Backed
               Certificates, Series 2007-AC2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6