Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−21260−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig A. Butts
   28 Beechwood Road
   Belvidere, NJ 07823

Social Security No.:
   xxx−xx−8741

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 19, 2018.

On 6/14/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         July 24, 2019
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 14, 2019
JAN: gan

Jeanne Naughton
Clerk

```
                                 United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                   Case No. 18-21260-MBK
Craig A. Butts                                                           Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Jun 14, 2019
                               Form ID: 185                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db            +Craig A. Butts,    28 Beechwood Road,    Belvidere, NJ 07823-2534
517571188     +CMRE Financial Services, Inc,    3075 E. Imperial Hwy, #200,    Brea, CA 92821-6753
517571191     +Hackettstown Medical PCP,    c/o I.C. System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517571192     +Hunterdon Medical Center,    2100 Wescott Drive,    Flemington, NJ 08822-4604
517571195     +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517571196     +Pegasus Emergency Group,    3075 E. Imperial Hwy, STe 200,    Brea, CA 92821-6753
517571197     +Pentagon    FCU,    481 Main Street,    Highland Falls, NY 10928-2016
517571198     +Promed Pathology, LLC,    PO Box 743,    Hackettstown, NJ 07840-0743
517571200     +Vital Recovery Services, LLC,    PO Box 923747,    Norcross, GA 30010-3747
517571201     +Washington Emergency Services,    PO Box 207,    Allentown, PA 18105-0207
517571202      Wells Fargo Bank,    P.O Box 941911,    Houston, TX 77094-8911
517571203     +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 22:38:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 22:38:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm            +E-mail/Text: jennifer.chacon@spservicing.com Jun 14 2019 22:38:36
                 Select Portfolio Servicing Center,    PO Box 65450,    Salt Lake City, UT 84165-0450
517575895      E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2019 22:37:55      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517571186      E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2019 22:37:55      Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517571187     +E-mail/Text: bankruptcy@certifiedcollection.com Jun 14 2019 22:38:11
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517571189      E-mail/Text: mrdiscen@discover.com Jun 14 2019 22:37:55      Discover Card,    PO Box 15251,
                 Wilmington, DE 19886-5251
517587352      E-mail/Text: mrdiscen@discover.com Jun 14 2019 22:37:55      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517571190     +E-mail/Text: fggbanko@fgny.com Jun 14 2019 22:37:56      Forster, Garbus & Garbus,
                 7 Banta Plance,    Hackensack, NJ 07601-5604
517571193     +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Jun 14 2019 22:38:33
                 Hunterdon Radiology/Imaging Associates,    PO Box 5388,    Clinton, NJ 08809-0388
517571194     +E-mail/Text: bankruptcy@huntington.com Jun 14 2019 22:38:12      Huntington Mortgage,
                 PO Box 182440,    Columbus, OH 43218-2440
517969704      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 22:44:20
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517969705      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 22:44:34
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517571199      E-mail/Text: jennifer.chacon@spservicing.com Jun 14 2019 22:38:36
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
517683330     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 22:44:40      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517699142      E-mail/Text: jennifer.chacon@spservicing.com Jun 14 2019 22:38:36
                 Wells Fargo Bank, National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517571204     ##Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,    PO Box 1024,
                 Mountainside, NJ 07092-0024
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Jun 14, 2019
                              Form ID: 185               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    Wells Fargo Bank, National Association, on behalf of
           the registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC2, Asset-Backed
           Certificates, Series 2007-AC2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Loss Mitigation    Select Portfolio Servicing Center
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joan Sirkis Warren    on behalf of Debtor Craig A. Butts joan@joanlaverylaw.com
          Kevin Gordon McDonald     on behalf of Creditor    Wells Fargo Bank, National Association, on behalf
           of the registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC2, Asset-Backed
           Certificates, Series 2007-AC2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```