Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−21260−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Craig A. Butts
  28 Beechwood Road
  Belvidere, NJ 07823

Social Security No.:
  xxx−xx−8741

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 13, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21260-MBK
Craig A. Butts                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2            Date Rcvd: Sep 13, 2019
                            Form ID: 148           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db              +Craig A. Butts,    28 Beechwood Road,    Belvidere, NJ 07823-2534
517571188       +CMRE Financial Services, Inc,    3075 E. Imperial Hwy, #200,    Brea, CA 92821-6753
517571192       +Hunterdon Medical Center,    2100 Wescott Drive,    Flemington, NJ 08822-4604
517571195       +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517571196       +Pegasus Emergency Group,    3075 E. Imperial Hwy, STe 200,    Brea, CA 92821-6753
517571197       +Pentagon FCU,    481 Main Street,    Highland Falls, NY 10928-2016
517571198       +Promed Pathology, LLC,    PO Box 743,    Hackettstown, NJ 07840-0743
517571200       +Vital Recovery Services, LLC,    PO Box 923747,    Norcross, GA 30010-3747
517571201       +Washington Emergency Services,    PO Box 207,    Allentown, PA 18105-0207
517571202        Wells Fargo Bank,   P.O Box 941911,    Houston, TX 77094-8911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2019 23:34:12     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2019 23:34:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              +E-mail/Text: jennifer.chacon@spservicing.com Sep 13 2019 23:34:40
                 Select Portfolio Servicing Center,    PO Box 65450,   Salt Lake City, UT 84165-0450
517575895        EDI: GMACFS.COM Sep 14 2019 03:18:00     Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
517571186        EDI: GMACFS.COM Sep 14 2019 03:18:00     Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901
517571187       +E-mail/Text: bankruptcy@certifiedcollection.com Sep 13 2019 23:34:04
                 Certified Credit & Collection Bureau,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
517571189        EDI: DISCOVER.COM Sep 14 2019 03:18:00     Discover Card,   PO Box 15251,
                 Wilmington, DE 19886-5251
517587352        EDI: DISCOVER.COM Sep 14 2019 03:18:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
517571190       +E-mail/Text: fggbanko@fgny.com Sep 13 2019 23:33:42     Forster, Garbus & Garbus,
                 7 Banta Plance,   Hackensack, NJ 07601-5604
517571191       +EDI: IIC9.COM Sep 14 2019 03:18:00     Hackettstown Medical PCP,   c/o I.C. System Inc.,
                 PO Box 64378,   Saint Paul, MN 55164-0378
517571193       +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Sep 13 2019 23:34:35
                 Hunterdon Radiology/Imaging Associates,    PO Box 5388,   Clinton, NJ 08809-0388
517571194       +E-mail/Text: bankruptcy@huntington.com Sep 13 2019 23:34:09     Huntington Mortgage,
                 PO Box 182440,   Columbus, OH 43218-2440
517969704        EDI: PRA.COM Sep 14 2019 03:18:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
517969705        EDI: PRA.COM Sep 14 2019 03:18:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517571199        E-mail/Text: jennifer.chacon@spservicing.com Sep 13 2019 23:34:40
                 Select Portfolio Servicing, Inc.,    PO Box 65250,   Salt Lake City, UT 84165-0250
517683330       +EDI: AIS.COM Sep 14 2019 03:18:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517699142        E-mail/Text: jennifer.chacon@spservicing.com Sep 13 2019 23:34:40
                 Wells Fargo Bank, National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
517571203       +EDI: WFFC.COM Sep 14 2019 03:18:00     Wells Fargo Home Mortgage,    1 Home Campus,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517571204       ##Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street, Suite 101,    PO Box 1024,
                 Mountainside, NJ 07092-0024
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2019
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    Wells Fargo Bank, National Association, on behalf of
           the registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC2, Asset-Backed
           Certificates, Series 2007-AC2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Loss Mitigation    Select Portfolio Servicing Center
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joan Sirkis Warren     on behalf of Debtor Craig A. Butts joan@joanlaverylaw.com
          Kevin Gordon McDonald     on behalf of Creditor    Wells Fargo Bank, National Association, on behalf
           of the registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-AC2, Asset-Backed
           Certificates, Series 2007-AC2 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```